UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

MACKIE D. DUPLECHAIN                                  CASE NO. 03-21110
ANNA M. DUPLECHAIN                                    CHAPTER 12

TRANSMITTAL OF UNCLAIMED FUNDS

      Thad H. Waters, Jr., Chapter 12 Standing Trustee in this case, reports the following:

      (1) An distribution was made in this case pursuant to a previous Chapter 12 Standing Trustee's Final Accounting. The following refund was due the debtors:

NAME AND ADDRESS:                               AMOUNT OF PAYMENT:
Capital One
313 Carondelet St., 8th Floor
New Orleans, LA 70130                                      $11.00

      (2) Under Federal Rule of Bankruptcy Procedure 3010, the Trustee herewith transmits said funds to the Clerk of Court for disposition in accordance with Title 28, Chapter 129, as provided for in U. S. Bankruptcy Code Section 347(a).

      (3) A check made payable to the Clerk, U. S. Bankruptcy Court, in the amount of $11.11 representing the value of said funds is attached hereto.

      St. Joseph, Louisiana, this 30th day of March, 2010.

                                                         /s/ Thad H. Waters, Jr.
                                                         Thad H. Waters, Jr.
                                                         Chapter 12 Standing Trustee
                                                         P. O. Box 379
                                                         St. Joseph, LA 71366
                                                         318-766-0707